STATE OF INDIANA    )    IN THE LAKE CIRCUIT/SUPERIOR COURT
                    ) SS:
COUNTY OF LAKE    )    SITTING AT _____, INDIANA

PETER FERRARO,        )
                    )
    Plaintiff,      )
                    )    Cause No. 45D01 1409 PL 0095
v.               )    Cause No. _____
                    )
JOHN A. HUMPHREY, AMERICAN  )
NATIONAL SERVICES CORPORATION, )
MASCO CORPORATION, and OLD  )
REPUBLIC INSURANCE COMPANY,  )
                    )
    Defendants.      )

**Filed in Clerk's Office**

SEP 08 2014

*[signature]*
CLERK LAKE Office

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, PETER FERRARO, by counsel, pursuant to I.C. 34-14-1, seeks declaratory

judgment against the above-named Defendants, stating as follows:

1. Plaintiff is a citizen of the State of Illinois residing in Oak Park, in Cook County.

2. Defendant, JOHN A. HUMPHREY ("Humphrey"), is a citizen of the State of Indiana

    residing in LaPorte, in LaPorte County.

3. Defendant, AMERICAN NATIONAL SERVICES CORPORATION ("ANSC"), is a

    corporation organized under the laws of the State of Delaware with its principal place of

    business in Taylor, Michigan, in Wayne County.

4. Defendant, MASCO CORPORATION ("Masco"), is a corporation organized under the laws

    of the State of Delaware with its principal place of business in Taylor, Michigan, in Wayne

    County.

5. Defendant, OLD REPUBLIC INSURANCE COMPANY ("Old Republic"), is a corporation

    organized under the laws of the Commonwealth of Pennsylvania with its principal place of

business in Greensburg, Pennsylvania, in Westmoreland County.

6.  On June 8, 2006, Plaintiff commenced an action against Humphrey in the Superior Court of Lake County, Indiana, under Cause No. 45D05-0606-CT-116, to recover damages for personal injuries incurred in an automobile collision that occurred on June 9, 2004, in Lake County, Indiana ("the Collision").

7.  On January 4, 2007, Plaintiff obtained default judgment against Humphrey for $372,543.41, plus interest at 8% per year.

8.  At the time of the vehicle collision, Humphrey was an employee of ANSC, operating a vehicle owned by ANSC, and operating that vehicle as part of his employment with ANSC.

9.  At all relevant times, ANSC was a wholly-owned subsidiary of Masco.

10. At the time of the Collision, the vehicle operated by Humphrey was insured under a Business Auto Insurance Policy issued by Old Republic to Masco with Policy Number 18398 ("the Policy"). A copy of the declarations page of the Policy is attached as Exhibit A and incorporated here. Defendants possess all remaining parts of the Policy.

11. The terms of the Policy and the circumstances of the Collision require coverage of Humphrey under the Policy.

12. All preconditions for coverage of Humphrey under the Policy at the time of the Collision and for payment of the judgment from proceeds of the Policy have been met.

13. After the judgment against Humphrey issued, a dispute arose between the parties to this action as to whether Plaintiff could collect the judgment from proceeds of the Policy. Accordingly, Plaintiff has an interest under the written contract that is the Policy, and a declaration of this court is needed to determine coverage and declare the parties' respective

2

rights and legal obligations relating to it.

WHEREFORE, Plaintiff, by counsel, prays for judgment in his favor and against Defendants, declaring that (1) Humphrey's liability to Plaintiff is covered under the Policy, (2) all preconditions to payment of the judgment against Humphrey from proceeds of the Policy have been met, and (3) Defendants are liable to pay Plaintiff the judgment against Humphrey from proceeds of the Policy, and requests all other appropriate relief.

Adam J. Sedia (28775-45)
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
219/322-8222
Attorneys for Plaintiff

3



# BUSINESS AUTOMOBILE

## INSURANCE POLICY

**Issuing and Policyholder Servicing Office:**

Old Republic Risk Management, Inc.
445 South Moorland Road, Suite 300
Brookfield, WI 53005
Tel: (877) 797-3400
Fax: (262) 797-0486

*Ex E(2)*

J-01-01-99



EXHIBIT
A

INSURANCE IS PROVIDED BY
THE COMPANY DESIGNATED ON THE DECLARATIONS PAGE

**IN WITNESS WHEREOF,** we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

**OLD REPUBLIC INSURANCE COMPANY**
414 W. Pittsburgh
Greensburg, Pennsylvania 15601
A Stock Company

*Secretary*

*President*

# OLD REPUBLIC

## Corporate Offices
307 North Michigan Avenue
Chicago, Illinois 60601
(312) 346-8100

J-01-01-99

**BUSINESS AUTO DECLARATIONS**

**OLD REPUBLIC**
Insurance Company    Greensburg, Pennsylvania    A Stock Company

**POLICY NUMBER**
MWTB    18398
MWTB    18398
**PREVIOUS POLICY NUMBER** *

**Policyholder Service Office:**
Old Republic Risk Management, Inc.
445 South Moorland Road
Brookfield, WI 53005 (877) 797-3400

**Producer:** *    #319
Marsh USA Inc.
Hartford, CT

**ITEM ONE**
**NAMED INSURED:** Masco Corporation
**MAILING ADDRESS:** * 21001 Van Born Road
Taylor, MI 48180

**POLICY PERIOD:** * From    6-30-03    to    6-30-04    at 12:01 A.M. Standard Time at your mailing address shown above.

**FORM OF BUSINESS:** *
☒ CORPORATION    ☐ INDIVIDUAL    ☐ LIMITED LIABILITY COMPANY    ☐ PARTNERSHIP    ☐ OTHER

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM TWO**
**SCHEDULE OF COVERAGES AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos.) | LIMIT THE MOST WE WILL PAY ANY ONE ACCIDENT OR LOSS *** See Deductible Coverage Endorsement | PREMIUM |
|---|---|---|---|
| LIABILITY | ▓ | $    5,000,000 & See Form CA 9927 (01-87) | $    Included |
| PERSONAL INJURY PROTECTION (or equivalent No-Fault Coverage) | 5 | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT. MINUS $    ***    DED. | $    Included |
| ADDED PERSONAL INJURY PROTECTION (or equivalent added No-Fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | $ |
| PROPERTY PROTECTION INSURANCE (Michigan Only) | 1 | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $    DED. FOR EACH ACCIDENT. | $    Included |
| AUTO MEDICAL PAYMENTS | | $ | $ |
| UNINSURED MOTORISTS | 6 | $    See State Forms | $    Included |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | 6 | $    See State Forms | $    Included |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR for Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    DED. FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| PHYSICAL DAMAGE TOWING AND LABOR | | $    For Each Disablement Of A Private Passenger "Auto". | $ |

| | |
|---|---|
| PREMIUM FOR ENDORSEMENTS | $ |
| MICHIGAN CCA SURCHARGE | $ |
| ASSESSMENTS AND SURCHARGES | $ |
| **ESTIMATED TOTAL PREMIUM | $ |

Total shown is payable: $ ▓ at inception.    ** This policy may be subject to final audit.
**AUDIT PERIOD (IF APPLICABLE)** ☐ ANNUALLY ☐ SEMI-ANNUALLY ☐ QUARTERLY ☐ MONTHLY
**ENDORSEMENTS ATTACHED TO THIS POLICY:** †    See Forms Index

**COUNTERSIGNED** * _____    **BY** * _____
(Date)    (Authorized Representative)
6-10-02

* Entry optional if shown in the Common Policy Declarations.
† Forms and Endorsements applicable to this Coverage Part/policy omitted if shown elsewhere in the policy.
THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

BUSINESS AUTO DECLARATIONS (Continued)

ITEM THREE
SCHEDULE OF COVERED AUTOS YOU OWN

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type Serial Number(S) Vehicle Identification Number (VIN) | | PURCHASED | | TERRITORY Town & State Where The Covered Auto Will Be Principally Garaged |
|---|---|---|---|---|---|
| | | | Original Cost New | Actual Cost & NEW (N) USED (U) | |
| 1 | ON FILE WITH THE COMPANY | | $ | $ | |
| 2 | | | $ | $ | |
| 3 | | | $ | $ | |
| 4 | | | $ | $ | |
| 5 | | | $ | $ | |

| Covered Auto No. | CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Radius Of Operation | Business Use s = service r = retail c = commercial | Size GVW, GCW or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. / Phy. Dam. | Secondary Rating Factor | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below As Interests May Appear At The Time Of The Loss. |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

COVERAGES-PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | | PROP. PROTECTION (Michigan only) | |
|---|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit Stated In Each P.I.P. End. Minus Deductible Shown Below | Premium | Limit Stated In Each Added P.I.P. End. | Premium | Limit Stated In P.P.I. End. Minus Deductible Shown Below | Premium |
| 1 | $ STATED | $ IN | $ DECLARATIONS | $ | ITEM TWO | $ | $ | $ |
| 2 | $ | $ | $ | $ | | $ | $ | $ |
| 3 | $ | $ | $ | $ | | $ | $ | $ |
| 4 | $ | $ | $ | $ | | $ | $ | $ |
| 5 | $ | $ | $ | $ | | $ | $ | $ |
| Total Premium | | $ | | | | | | $ |

COVERAGES-PREMIUMS LIMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | AUTO MEDICAL PAYMENTS | |
|---|---|---|
| | Limit | Premium |
| 1 | $ | $ |
| 2 | $ | $ |
| 3 | $ | $ |
| 4 | $ | $ |
| 5 | $ | $ |
| Total Premium | | $ |

COVERAGES-PREMIUMS, LIMITS AND DEDUCTIBLES
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| Covered Auto No. | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR | |
|---|---|---|---|---|---|---|---|---|
| | Limit stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Per Disablement | Premium |
| 1 | $ NOT APPLICABLE | $ | $ | $ | $ | | $ | $ |
| 2 | $ | $ | $ | $ | $ | | $ | $ |
| 3 | $ | $ | $ | $ | $ | | $ | $ |
| 4 | $ | $ | $ | $ | $ | | $ | $ |
| 5 | $ | $ | $ | $ | $ | | $ | $ |
| Total Premium | | $ | | $ | | $ | | $ |

BUSINESS AUTO DECLARATIONS (Continued)

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS**

| LIABILITY COVERAGE-RATING BASIS, COST OF HIRE | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If Liability Coverage is Primary) | PREMIUM |
| INCLUDED IN ITEM TWO, | $   LIABILITY COVERAGE | $ | | $ |
| | | | TOTAL PREMIUM | $ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| PHYSICAL DAMAGE COVERAGE | | | | |
|---|---|---|---|---|
| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $      DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | $ | $ | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $      DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $      DED. FOR EACH COVERED AUTO. | $ | $ | $ |
| | | | TOTAL PREMIUM | $ |

**ITEM FIVE**
**SCHEDULE FOR NON-OWNERSHIP LIABILITY**        INCLUDED IN ITEM TWO, LIABILITY COVERAGE

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than A Social | Number Of Employees | | $ |
| Service Agency | Number Of Partners | | $ |
| Social Service Agency | Number Of Employees | | $ |
| | Number Of Volunteers | | $ |
| | | TOTAL | $ |

BUSINESS AUTO DECLARATIONS (Continued)

ITEM SIX
SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS-LIABILITY COVERAGE-PUBLIC AUTO OR LEASING RENTAL CONCERNS

| ESTIMATED YEARLY | RATES | | PREMIUMS | |
|---|---|---|---|---|
| ☐ Gross Receipts ☐ Mileage | ☐ Per $100 Of Gross Receipts ☐ Per Mile | | | |
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | | TOTAL PREMIUMS $ | | $ |
| | | MINIMUM PREMIUMS $ | | $ |

When used as a premium basis:

FOR PUBLIC AUTOS

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts does not include:

A.  Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

B.  Advertising revenue.

C.  Taxes which you collect as a separate item and remit directly to a governmental division.

D.  C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

FOR RENTAL OR LEASING CONCERNS

Gross receipts means the total amount to which you are entitled for the leasing or rental of "autos" during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the "autos" you leased or rented to others during the policy period.

#5

## U-917 (8-89)    OLD REPUBLIC INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### DEDUCTIBLE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM/POLICY
    GARAGE COVERAGE FORM/POLICY
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM/POLICY

With respect to Coverage provided by this endorsement, the provisions of the Coverage Form/Policy apply unless modified by endorsement.

In consideration of the premium charged, the following additional provisions apply to the Coverages, Limit(s) of Insurance (Our Limit(s) Of Liability or The Most We Will Pay, as applicable) and Supplementary Payments of the policy and supercede any provision(s) to the contrary.

The provisions of this endorsement applicable to Coverages shall also apply to the "We Will Pay" provisions of Part IV - Liability Insurance, Part - V Garagekeepers Insurance, Part V - Physical Damage Insurance, Part V - Trailer Interchange Insurance and Part VI - Physical Damage Insurance, if made a part of the policy.

The provisions of this endorsement applicable to Supplementary Payments shall also apply to the "We Will Also Pay" provisions of Part IV - Liability Insurance, Part - V Garagekeepers Insurance, Part V - Physical Damage Insurance, Part - V Trailer Interchange Insurance and Part VI - Physical Damage Insurance, if made a part of the policy.

A.    The Coverages of your policy are subject to deductibles. The deductible amount(s) equal the Limit(s) of Insurance (Our Limit(s) Of Liability or The Most We Will Pay, as applicable) applicable to the Coverage under which the claim(s) is made or "suit(s)" is brought and includes amounts we pay with respect to any claim we investigate or settle or any "suit" against an insured we defend described under Supplementary Payments.    THE PAYMENT OF CLAIM(S) OR "SUIT(S)" AND SUPPLEMENTARY PAYMENTS WILL REDUCE THE APPLICABLE LIMIT(S) OF INSURANCE (OUR LIMIT(S) OF LIABILITY OR THE MOST WE WILL PAY, AS APPLICABLE).

B.    The application of the deductible amount(s) coincide with the Limits of Insurance (Our Limit(s) Of Liability or The Most We Will Pay, as applicable) applicable to Coverage(s). The application of the deductible(s) will coincide with the basis of the Limit(s) applicable to Coverage(s), which may include but are not limited to Limits referred to as subject to: any one "accident", each person, each "accident", each "accident" "garage operations" "auto" only, each "accident" "garage operations" other than "auto" only, aggregate - "garage operations" other than "auto" only, each claim, bodily injury each person, bodily injury each "accident", property damage each "accident", limit per person, per "insured", per person per accident, limit per "accident", per eligible injured person, limit of compensation, as stated in the limit of insurance, limit of liability (per insured), limit of uninsured motorists coverage, limit of uninsured motorists insurance, limit of underinsured motorists coverage, limit of underinsured motorists insurance or aggregate.

**FORM E**

Page 1 of 2

motorists coverage, limit of uninsured motorists insurance, limit of underinsured motorists coverage, limit of underinsured motorists insurance or aggregate.

C. Our duty to defend and responsibilities described under Supplementary Payments end when the deductible amount(s), Limit(s) of Insurance (Our Limit(s) Of Liability or The Most We Will Pay, as applicable) and application of the deductible amount(s) and calculation described by the provisions of this endorsement are met.

D. The terms of this insurance, including those with respect to:

1. Our right and duty to defend the insured against any "suits" seeking those damages; and

2. Your duties in the event of accident, claim, suit or loss (your duties after accident or loss)

apply irrespective of the application of the deductible amount(s).

E. OUR RIGHT TO REIMBURSEMENT

To settle any claim or "suit" we may pay all or any part of any deductible and/or Supplementary Payments. If this happens, you must reimburse us for:

1. the deductible, including Supplementary Payments, payable by us plus; or

2. part of the deductible, including Supplementary Payments, payable by us

we paid.

First Named Insured:  Masco Corporation

Accepted By: _____

Title: _____

Date: _____

Policy Number:  MWTB 18398     Effective:   From   6-30-02   To   6-30-03

Page 2 of 2