IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PETER FERRARO, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:14-cv-396 |
| JOHN A HUMPHREY, AMERICAN NATIONAL SERVICES CORPORATION, MASCO CORPORATION, and OLD REPUBLIC INSURANCE COMPANY, | ) ) ) ) ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff, PETER FERRARO, by counsel, pursuant to 28 U.S.C. § 1447(c), moves to remand this proceedings to the Superior Court of Lake County, Indiana, which was improperly removed to this Court by Defendants, AMERICAN NATIONAL SERVICES CORPORATION, stating as follows:

1. Plaintiff commenced a declaratory judgment action against Defendants in the Superior Court of Lake County, Indiana, on September 8, 2014, under original cause number 45D01-1409-PL-95, relating to an action in the Lake Superior Court which an underlying judgment issued on January 4, 2007, in an action for personal injury filed on June 8, 2006.

2. Secura removed those proceedings supplemental to this Court from the Lake Superior Court on November 3, 2014.

3. Secura's attempt at removal is improper due to procedural defects in the attempted removal.

4. Plaintiff brings this Motion within thirty days of the filing of the notice of removal, as required by 28 U.S.C. § 1447(c).

5. This Court should therefore remand this action to the Lake Superior Court for further proceedings.

6. For further clarification and detail, Plaintiff concurrently submits his Brief in support of this Motion, along with exhibits, and fully incorporates both documents into this Motion.

WHEREFORE, Plaintiff, by counsel, prays that this Court remand this proceeding to the Superior Court of Lake County, Indiana, and grant all other appropriate relief.

        s/Adam J. Sedia
        Adam J. Sedia
        Attorney No. 28775-45
        Rubino, Ruman, Crosmer & Polen
        275 Joliet Street, Suite 330
        Dyer, Indiana 46311
        Telephone (219) 322-8222
        Fax: (219) 322-6675
        Email: asedia@rubinoruman.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    aaron.grant@icemiller.com
    Nicholas.Reuhs@icemiller.com
    michael.wukmer@icemiller.com

I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participants:

    John Humphrey
    114 Stanley Court
    LaPorte, IN 46350

        s/ Adam J. Sedia

3