IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PETER FERRARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:14-cv-396-TLS-JEM |
| v. ) | |
| ) | |
| JOHN A HUMPHREY, AMERICAN ) | |
| NATIONAL SERVICES CORPORATION, ) | |
| MASCO CORPORATION, and OLD ) | |
| REPUBLIC INSURANCE COMPANY ) | |
| ) | |
| Defendants. ) | |

## MASCO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants American National Services Corporation, Masco Corporation and Old Republic Insurance Company (altogether, the "Masco Defendants"), by counsel, in accordance with Federal Rule of Civil Procedure 56, respectfully request that the Court enter summary judgment as to Plaintiff's Complaint for Declaratory Judgment and find that Plaintiff's claim for proceeds from the applicable insurance policy is barred by Defendant John A. Humphrey's failure to satisfy the preconditions for insurance coverage and that the Masco Defendants are not liable to satisfy Plaintiff's default judgment against Defendant John A. Humphrey entered by the Lake County Indiana Superior Court from the proceeds of the applicable insurance policy.

In support of this motion, the Masco Defendants have contemporaneously filed their Brief in Support of their Motion for Summary Judgment and Designation of Evidence. The designated evidence demonstrates that there are no genuine issues as to any material fact and that the Masco Defendants are entitled to judgment as a matter of law.

1

Respectfully submitted,

ICE MILLER LLP


 /s/Aaron D. Grant
Michael A. Wukmer, #2223-49
Aaron D. Grant, #25594-49
Nicholas B. Reuhs, #31181-49
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Michael.Wukmer@icemiller.com
Aaron.Grant@icemiller.com
Nicholas.Reuhs@icemiller.com

*Phone*:  (317) 236-2285
*Fax*:  (317) 592-4620

*Attorneys for Defendants American National Services Corporation, Masco Corporation and Old Republic Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Adam J. Sedia
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311

*/s/ Aaron D. Grant*
Aaron D. Grant

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, Indiana 46282-0200
(317) 236-2100

I\6133144.1