IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PETER FERRARO, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. 2:14-cv-396 |
| JOHN A HUMPHREY, AMERICAN | ) |
| NATIONAL SERVICES CORPORATION, | ) |
| MASCO CORPORATION, and OLD | ) |
| REPUBLIC INSURANCE COMPANY, | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

PETER FERRARO, the plaintiff, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the district court for the Northern District of Indiana entered in this case on March 17, 2017.

Respectfully submitted,

s/ Adam J. Sedia_____
Adam J. Sedia
Indiana Attorney No. 28775-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, Indiana 46311
Telephone (219) 322-8222
Fax: (219) 322-6675
Email: *asedia@rubinoruman.com*
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

aaron.grant@icemiller.com
Nicholas.Reuhs@icemiller.com
michael.wukmer@icemiller.com

  I hereby certify that I have mailed by United States Postal Service the documents to the following non CM/ECF participant:

  John Humphrey
  114 Stanley Court
  LaPorte, IN 46350

           s/ Adam J. Sedia