# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| PETER FERRARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-cv-396 |
| | ) |
| JOHN HUMPHREY, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE

Notice is hereby given to the Court as follows:

1. The above-captioned case was appealed to the United States Court of Appeals for the Seventh Circuit under Case No. 17-1748. All parties to this action, including Defendant John Humphrey, were named as parties on appeal.

2. In the appeal, Plaintiff moved to dismiss the appeal after appellate mediation, noting that "this cause of action has been amicably resolved *between the parties* at [m]ediation." (Exh. A) (emphasis added).

3. The Court of Appeals dismissed the appeal on June 9, 2017.

4. With all issues resolved between all parties on appeal, no issues remain to be resolved here.

5. Undersigned counsel no longer represents the Plaintiff, as he has changed affiliation in firms and the file for the former law firm's representation of Plaintiff remained with that firm. Still, rather than bring motions, undersigned counsel is providing notice to this Court as requested.

WHEREFORE, undersigned counsel requests that his Court take notice of the above facts and take all appropriate action.

Respectfully submitted,

*/s/ Adam J. Sedia*
Adam J. Sedia, #6318987
HOEPPNER WAGNER & EVANS LLP
1000 E. 80th Place, 6th Floor
Twin Towers-South
Merrillville, IN  46410
Telephone:  (219) 769-6552
Facsimile:  (219) 738-2349
e-mail:  asedia@hwelaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 2, 2018, he electronically filed the foregoing Notice with the Clerk of the Court using the ECF system, which sent notification of the filing to the Clerk of the Court.

*/s/ Adam J. Sedia*
Adam J. Sedia